```
McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC JAMES WELLS, ) <br> ) <br> Defendant. ) <br> ) | CR NO. S-05-333-WBS <br><br> APPLICATION AND ORDER <br> FOR WRIT OF HABEAS CORPUS <br> AD PROSEQUENDUM |

COMES NOW the United States of America by the United States Attorney and represents and shows:

That there is now detained in San Joaquin County Jail, in the custody of the Warden, Sheriff, or Jailor thereof, the defendant in the above-entitled case, which case will be called for arraignment and plea, and that it is necessary to have the defendant present in the courtroom of the Duty Magistrate of the United States District Court, Matsui United States Courthouse, Eighth Floor, 501 I Street, Sacramento, CA; and in order to secure the presence of the defendant it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding the Warden, Sheriff, or Jailor to produce the defendant in court forthwith,

1  and at such other dates as may be necessary in order to procure
2  the defendant's presence to enter a plea and all other
3  proceedings incident thereto.
4      WHEREFORE, your petitioner prays for an order directing the
5  issuance of a Writ of Habeas Corpus ad Prosequendum out of and
6  under the seal of this Court, directed to the Warden, Sheriff, or
7  Jailor, commanding him to have and produce the above-named
8  defendant in the United States District Court forthwith, and then
9  and there to present the defendant before the Court, and from day
10 to day thereafter as may be necessary, and at the termination of
11 the proceedings against the defendant to return the defendant to
12 the custody of the Warden, Sheriff, or Jailor.
13 DATED:
                                    McGREGOR W. SCOTT
14                                  United States Attorney

15

16                           BY:   /s/CAMIL A. SKIPPER
                                    CAMIL A. SKIPPER
17                                  Assistant U.S. Attorney

18

19                          O R D E R
20      Upon reading and filing the foregoing Application, and
21 after finding good cause for the issuance of the writ;
22      IT IS ORDERED that a Writ of Habeas Corpus ad
23 Prosequendum issue as prayed for herein.
24 DATED: August 22, 2005.
25
26                          DALE A. DROZD
27                          UNITED STATES MAGISTRATE JUDGE
28 Ddad1/orders.criminal/wells0333.writ

2