Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for defendant,
ERIC JAMES WELLS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 05 0333 WBS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING JUDGMENT |
| v. | ) | AND SENTENCING DATE |
| | ) | |
| | ) | |
| ERIC JAMES WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties hereby stipulate to the following:

1.      This matter is now set for judgment and sentencing on February 9, 2006.

2.      The parties hereby stipulate that the judgment and sentencing date may be

continued in order to provide additional time for defense counsel, who is

currently in trial, to investigate matters contained in the presentence report

and to submit informal objections to the report.  Therefore, is herey requested

that the sentencing date be moved to **March 9, 2006, at 2:00 p.m.**

DATED: January 24, 2006          /s/ Tim Warriner
                                 Attorney for defendant,
                                 ERIC JAMES WELLS

DATED: January 24, 2006          /s/ Camil Skipper
                                 Assistant U.S. Attorney

1

1                                                        ORDER

2              Pursuant to the stipulation of the parties,  it is hereby ordered that the

3        judgment and sentencing date be continued to March 9, 2006, at 2:00 p.m.

4              DATED:  January 25, 2006

5

6        _____
         WILLIAM B. SHUBB

7        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28